IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JASON ROLLINS and ERIC POWELL                        PLAINTIFF

V.                                              Civil No. 1:18-cv-198-GHD-DAS

EDWARD FITTS and E & J TOURS, LLC                     DEFENDANT

---

ORDER GRANTING MOTION FOR RECONSIDERATION

---

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that Plaintiffs' motion for reconsideration is GRANTED, and the Court's prior order dismissing this case is VACATED. Within 14 days of entry of this order, Plaintiffs shall file an amended complaint consistent with the Court's opinion.

SO ORDERED, this the ___ day of January, 2019.

                                                      _____
                                                      SENIOR U.S. DISTRICT JUDGE