IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JASON ROLLINS AND ERIC POWELL          PLAINTIFFS

v.          CAUSE NO. 1:18-cv-198-GHD-DAS

EDWARD FITTS AND E & J TOURS, LLC          DEFENDANTS

### AGREED ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT EDWARDS FITTS AND E & J TOURS

THIS MATTER is before the Court on the *ore tenus* motion of Plaintiffs Jason Rollins and Eric Powell ("Plaintiffs") and Defendants Edward Fitts and E & J Tours, LLC ("Defendants") to set aside the Clerk's Entries of Default entered against Defendants on June 21, 2019. The parties agree that the Entries of Default should be set aside and that Defendants should be given fourteen (14) days from the date of entry of this Order in which to file their Answers and Affirmative Defenses. The Court finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Court hereby set aside the previously entered Clerk's Entries of Default against Defendants Edward Fitts and E & J Tours, LLC; and

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Edward Fitts and E&J Tours, LLC shall have fourteen (14) days from the date of entry of this Order on the docket to file their Answers and Affirmative Defenses to Plaintiffs' First Amended Complaint.

SO ORDERED, this 15th day of July, 2019.

_____
SENIOR U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ James R. Franks, Jr.  
James R. Franks, Jr. (MB # 100156)  
William R. Wheeler, Jr. (MB # 10848)  

*Attorneys for Plaintiffs*

/s/ Keishunna R. Webster  
Joshua J. Wiener. (MB# 7185)  
Keishunna R. Webster (MB# 102498)  

*Attorneys for Defendants*